UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COPY
USDC
ELECTRONICALLY FILED

1/17/20

-------------------------------------------------------------X
                                          :
SHI MING CHEN, et al.,
                                          :   ORDER
                 Plaintiffs,                  17 Civ. 802 (GBD) (GWG)
                                          :
    -v.-
                                          :
HUNAN MANOR ENTERPRISE, INC., et al.
                                          :

                 Defendants.              :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Counsel for plaintiffs, John Troy, seeks a pre-motion conference for his motion to withdraw as counsel for plaintiffs Jian Cai and Mingda Ke. Docket ## 162, 163. The pre-motion conference requirement is waived. The Court hereby ORDERS as follows:

     1. Mr. Troy shall file his motion to withdraw on or before January 24, 2020.[1] The motion shall specify whether counsel seeks a lien of any kind, including but not limited to a charging or retaining lien, and the legal and factual basis for any such claim.

     2. Any party wishing to oppose this motion shall file papers in opposition by February 7, 2020, or send a letter to the Court for receipt by that date. Plaintiffs Cai and Ke may send a letter to the Court at the address below.[2]

     3. A hearing on the motion will take place in <u>Courtroom 6-B, 500 Pearl Street, New York, New York, on Thursday, February 11, 2020, at 10:30 a.m.</u>

---

  [1]  If the motion contains attorney-client privileged information or information that Mr. Troy believes would adversely affect this client, such information should not be publicly filed. Instead, Mr. Troy should (1) file an unredacted version of the papers at the Clerk's Office under seal; (2) deliver or mail to Chambers of the undersigned the unredacted version for ex parte review; and (3) file on ECF a redacted version of the motion papers — that is, with only the privileged or sensitive matters redacted.

  [2]     Hon. Gabriel W. Gorenstein
        United States Magistrate Judge
        U.S. Courthouse
        500 Pearl Street
        New York, NY 10007

4. In addition to Mr. Troy, plaintiffs Cai and Ke are each required to attend this conference. Other parties are not required to attend. Please be sure to arrive early so that the conference may begin on time. If plaintiffs Cai or Ke fail to attend, their claims may be dismissed.

5. Mr. Troy shall immediately arrange to deliver a copy of this Order and his motion to withdraw to plaintiffs Cai and Ke by (1) email, if available; (2) courier/overnight delivery; and (3) regular mail. He shall also thereafter make all reasonable efforts to confirm with plaintiffs Cai and Ke by telephone, text message conversation, email or in person that these materials were actually received by them, that they understand that there is a February 7, 2020 deadline for filing any written response to Mr. Troy's papers, and that they are aware they must appear at the Court conference on February 11, 2020, at 10:30 a.m.

6. On or before January 28, 2020, Mr. Troy shall file with the Court an affidavit or declaration indicating his efforts to comply with paragraph 5 of this Order.

SO ORDERED.

Dated: January 17, 2020
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge