UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHI MING CHEN, et al.,

                Plaintiffs,

-v.-

HUNAN MANOR ENTERPRISE, INC., et al.

                Defendants.
------------------------------------------------------------X

ORDER

17 Civ. 802 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge

The letter from plaintiffs seeking an extension of the filing date of the reply brief in support of plaintiffs' motion to amend (Docket # 164) was improperly addressed to the undersigned. The application should have been addressed to Judge Gorenstein, to whom the motion to amend is referred. Accordingly, the order granting the extension (Docket # 166) is hereby vacated.

SO ORDERED.

Dated: January 17, 2020
       New York, New York

*George B Daniels*
GEORGE B. DANIELS
United States District Judge