USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 3 2020

# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
25 Kissena Boulevard, Suite 119, Flushing, NY 11355

Via ECF

January 17, 2020

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

JAN 2 3 2020

SO ORDERED

The status conference scheduled for January 21, 2020 is adjourned to February 11, 2020 at 9:45 a.m.

*[signature]*
HON. GEORGE B. DANIELS

**Re:   Plaintiffs' Request to Adjourn the Status Conference**
1:17-cv-00802-GBD-GWG *Chen et al v. Hunan Manor Enterprise, Inc. et al*

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write respectfully, and with the consent of all Defendants, to adjourn the status conference currently scheduled for January 21, 2020 to any of the proposed dates or allow the parties to mutually further confer and report back to the Court. This is Plaintiffs first request to adjourn the status conference and granting such request will not prejudice any party.

On November 05, 2019, Your Honor scheduled a status conference in the above referenced matter to January 21, 2020 at 10:30 a.m. However, the undersigned has a trial set to commence on January 21, 2020 in the matter of 17-cv-01774-DCF *Lin et al v. Teng Fei Restaurant Group Inc. et al.* before Honorable Judge Debra Freeman. Although, John Troy, *esq.* is also the attorney of record, the undersigned is the trial attorney in this case and would like to be present before Your Honor to address various issues in this case. Accordingly, the undersigned respectfully requests Your Honor, to adjourn the status conference currently scheduled for January 21, 2020 to any of the proposed dates and time or alternatively allow the parties to further mutually confer and report back to the Court with additional dates;

Plaintiffs' counsel and Defense Counsel Eric Li jointly are available on the following dates;

1. January 31, 2020; any time after 2:00 p.m.
2. February 11, 2020; any time after 12:00 p.m.
3. February 13, 2020; any time after 1:30 p.m.

However, all the Counsels of record (Plaintiffs' counsel, Defense Counsel Eric Li and Lawrence Morrison) are jointly available on February 13, 2020 any time after 01:30 p.m.

We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
/s/ Aaron Schweitzer
Aaron B. Schweitzer
*Attorney for Plaintiffs*

cc: via ECF
    all counsel of record