UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SHI MING CHEN et al.,

                                  Plaintiffs,

-against-

HUNAN MANOR ENTERPRISE, INC. et al.,

                                  Defendants.

------------------------------------x

<u>ORDER</u>

17 Civ. 802 (GBD) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 5 2020

GEORGE B. DANIELS, United States District Judge:

The April 7, 2020 conference is adjourned to June 9, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge