UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHI MING CHEN et al.,

                         Plaintiffs,

        -against-

HUNAN MANOR ENTERPRISE, INC. et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

17 Civ. 802 (GBD) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 1 2020

GEORGE B. DANIELS, United States District Judge:

The June 9, 2020 conference is adjourned to August 25, 2020 at 9:45 a.m.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge