UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHI MING CHEN et al.,

                        Plaintiffs,

    -against-

HUNAN MANOR ENTERPRISE, INC. et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

17 Civ. 802 (GBD) (GWG)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: AUG 24 2020]

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for August 25, 2020 at 9:45 a.m. is canceled. The parties are directed to proceed before Magistrate Judge Gabriel W. Gorenstein as scheduled. (*See* Am. Order of Reference, ECF No. 200.)

Dated: New York, New York
       August 24, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge