UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :

SHI MING CHEN, et al.,

                                                           :      <u>ORDER</u>

                Plaintiffs,                              17 Civ. 802 (GBD) (GWG)

                                                           :

    -v.-

                                                           :

HUNAN MANOR ENTERPRISE, INC., et al.

                                                           :

                Defendants.          :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The deadline for making summary judgment motions having expired (<u>see</u> Docket # 180), the parties are directed to begin conferring now and to file the pretrial materials required by sections VI.A and VI.B of Judge Daniels' Individual Practices <u>on or before September 16, 2020</u>.

       SO ORDERED.

Dated: August 25, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge