# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

**MEMORANDUM ENDORSEMENT**

September 10, 2020

**Via ECF**
Honorable Gabriel W. Gorenstein
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    Chen v. Hunan Manor Enterprise, Inc.., 17-cv-00802(GBD) (GWG)

Dear Judge Gold,

    We are counsel to Defendants Hunan Manor LLC, Hunan House Inc., A Taste of Mao, Inc., Jingchao Li, Zhida Li, and Zhenqi Xiao in this action.  I write jointly with the other Defendants' attorneys and with the consent of Plaintiffs' attorney to respectfully request that the Court extend the deadline to file the pretrial materials required by sections VI.A and VI.B of Judge Daniels' Individual Practices.

    Per the Court's order dated August 25, 2020, the deadline to submit those pretrial materials is September 16, 2020.  (Dkt. No. 212)  Subsequent to that order, on September 9, 2020[1] Plaintiffs filed a motion for class certification.  Because the outcome of that motion will directly impact the scope of trial and the pretrial materials, we respectfully request an extension of the time to submit those pretrial materials.  We propose that a new deadline be scheduled after decision on the class certification motion.

    This is the first request for an extension of the deadline to submit the pretrial materials.

    We thank the Court for its attention to this matter.

---

[1] We note that the Plaintiffs filed their motion one day after the Court-ordered deadline to do so.  (*See* Dkt. No. 214).  Defendants reserve all rights concerning the untimeliness of Plaintiffs' motion.

Respectfully submitted,

*/s/ Joshua S. Androphy*
Joshua S. Androphy

cc: all counsel (by ECF)

**The deadline to file the pre-trial materials required by sections VI.A and VI.B of Judge Daniels' Individual Practices is extended to 14 days after the disposition of the motion for class certification.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 10, 2020**

M+T