UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHI MING CHEN, et al.,                          :

                                                  :   **ORDER**
              Plaintiffs,                           17 Civ. 802 (GBD) (GWG)
                                                  :

           -v.-
                                                    :

HUNAN MANOR ENTERPRISE, INC., et al.,
                                                  :

             Defendants.            :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      The parties are directed to begin conferring now and to file the pretrial materials required by sections VI.A and VI.B of Judge Daniels' Individual Practices on or before September 16, 2021.


         SO ORDERED.

DATED:   New York, New York
               August 23, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge