UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHI MING CHEN, et al., :

                                                                        :     <u>ORDER</u>
                    Plaintiffs,     17 Civ. 802 (GBD) (GWG)
                                                             :

             -v.- :

HUNAN MANOR ENTERPRISE, INC., et al., :

                    Defendants. :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      Each party shall file the materials required by paragraph VI.B of Judge Daniels' Individual Practices on or before February 10, 2022.

        SO ORDERED.

DATED:    New York, New York
               January 27, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge