UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SHI MING CHEN ET AL.,

                        Plaintiff,

      -against-

                                                   ORDER

HUNAN MANOR ENTERPRISE, INC. ET AL.,      17 Civ. 802 (GBD) (GWG)

                        Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      A pretrial conference is set for October 11, 2022, at 9:45 a.m. A bench trial is set for February 13, 2023, at 9:45 a.m.

Dated: New York, New York
       September 26, 2022

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge