UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SHI MING CHEN ET AL.,

                        Plaintiff,

-against-                                  ORDER

HUNAN MANOR ENTERPRISE, INC. ET AL.,    17 Civ. 802 (GBD) (GWG)

                        Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Plaintiff's letter request for an adjournment of the pretrial conference scheduled for October 11, 2022, (ECF No. 298), is GRANTED. The pretrial conference is adjourned to December 6, 2022, at 9:45 a.m.

The Clerk of Court is directed to close ECF No. 298 accordingly.

Dated: October 11, 2022
         New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge