UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SHI MING CHEN ET AL.,

                    Plaintiff,

      -against-

HUNAN MANOR ENTERPRISE, INC. ET AL.,

                    Defendants.

------------------------------------- x

ORDER

17 Civ. 802 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' motion for leave to file documents under seal in support of their motion to permit Plaintiffs Yong Kang Liu and Jinxiang Wang to testify remotely is DENIED.

    The Clerk of Court is directed to close the open motions at ECF Nos. 300 and 302.

Dated: New York, New York
       February 7, 2023

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge