# TROY LAW, PLLC

## ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troyplic.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

April 30, 2023

SO ORDERED

**Via ECF**
Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MAY 0 1 2023

*George B. Daniel*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**Re:    Request for Brief Extension of Time to File Proposed Findings of Fact and Conclusions of Law**
*Chen v. Hunan Manor Enterprise, Inc.*, No. 17-cv-00802 (GBD) (GWG), (S.D.N.Y.)

Your Honor,

I represent the Plaintiffs in the above-captioned matter. We write respectfully, and with the consent of Defense counsel, to request a brief extension of time to file the parties' respective proposed findings of fact and conclusions of law. *See* Min. Entry Mar. 14, 2023.

According to the above Minute Entry, Plaintiffs' proposed findings of fact and conclusions of law are due May 1, 2023; Defendants' June 16, 2023; and replies July 17, 2023. We respectfully request that these deadlines each be extended 7 days: to May 8, 2023; June 23, 2023; and July 24, respectively.[1]

The reason for the request is that, while working on Plaintiffs' submissions the week of April 24, 2023, I developed an infection in my finger that made it excruciatingly painful to type, and slowed my draftsmanship down to a crawl. I had hoped I would be sufficiently improved to finish by April 30, 2023, but that has not happened.

There have been no previous requests for an extension of this deadline.

We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

---

[1] Attorney Curran graciously, and without my requesting it, said he and his clients would be amenable to a 14-day extension of all the aforesaid deadlines. I would have no objection to the Court granting such an extension, but thought it presumptuous to ask.

Hon. George B. Daniels, U.S.M.J.
April 30, 2023
*Chen v. Hunan Manor Enterprise, Inc.*, No. 17-cv-00802 (GBD) (GWG), (S.D.N.Y.)
Page 2 of 2

*/s/ Aaron B. Schweitzer*

Aaron Schweitzer
*Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
    /asb