UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
SHI MING CHEN *et al.*,

                    Plaintiffs,

     -against-

                                ORDER

HUNAN MANOR ENTERPRISE, INC. *et al.*,    17 Civ. 802 (GBD) (GWG)

                    Defendants.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

     Defendants A Taste of Mao, Inc. d/b/a China Xiang, and Zhenqi Xiao (collectively, "Taste of Mao Defendants") request a 30-day extension of time to submit their proposed findings of fact and conclusions of law. (ECF No. 337.) Plaintiffs oppose Taste of Mao Defendants' request for a 30-day extension and consent only to a one-week extension. (*Id.*)

     Taste of Mao Defendants are ordered to submit their proposed findings of facts and conclusions of law by July 10, 2023. Plaintiffs' reply is due by August 4, 2023.

Dated: New York, New York
         June 8, 2023

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge