UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
SHI MING CHEN *et al.*,

                      Plaintiffs,

    -against-

HUNAN MANOR ENTERPRISE, INC. *et al.*,

                      Defendants.

------------------------------------- x

ORDER

17 Civ. 802 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

    Defendants' request for an extension of time to submit their proposed findings of facts and conclusions of law is GRANTED. Defendants must submit their proposed findings of fact and conclusions of law by July 10, 2023. Plaintiffs' reply is due by August 4, 2023.

    The Clerk of Court is ordered to close the open motion at ECF No. 339.

Dated: New York, New York
       June 13, 2023

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge