UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
SHI MING CHEN *et al.*,                :
                                       :
                    Plaintiffs,        :
        -against-                      :              ORDER
                                       :
                                       :       17 Civ. 802 (GBD) (GWG)
HUNAN MANOR ENTERPRISE, INC. *et al.*, :
                                       :
                    Defendants.        :
                                       :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

Defendants request a 4-day extension of time to submit their proposed findings of fact and conclusions of law. (ECF No. 341.) Defendants' request is GRANTED. Defendants are ordered to submit their proposed findings of facts and conclusions of law by July 14, 2023. Plaintiffs' reply is due by August 8, 2023.

Plaintiffs are directed to provide actual damages calculations for each Plaintiff in their reply.

Dated: New York, New York
       July 6, 2023

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge