UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SHI MING CHEN *et al.*,

                Plaintiffs,

-against-

HUNAN MANOR ENTERPRISE, INC. *et al.*,

                Defendants.
------------------------------------x

ORDER

17 Civ. 802 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

Pursuant to Fed. R. Civ. P. 58, the Clerk's Office is respectfully directed to calculate prejudgment interest and prepare a proposed draft judgment as follows:

| Plaintiff | Total (*before all applicable interest*) | Prejudgment Interest Rate | Dates of Employment | Selected Midpoint Date |
|---|---|---|---|---|
| Shi Ming Chen | $383,667.20 | 9% per anuum | February 2, 2011 - September 8, 2016 | November 20, 2013 |
| Lianhe Zhou | $33,601.60 | 9% per anuum | June 15, 2014 - June 12, 2016 | June 14, 2015 |
| Wei Min Zhu | $66,517.60 | 9% per anuum | March 1, 2015 - July 31, 2016 | November 14, 2015 |
| Baojun Tian | $6,937.50 | 9% per anuum | May 16, 2015 - August 30, 2015 | July 8, 2015 |
| Xinlong Liu | $11,267.00 | 9% per anuum | September 7, 2015 - until April 9, 2017 | June 23, 2016 |
| Qifang Chen | $19,058.10 | 9% per anuum | July 27, 2014 - October 30, 2016 | September 13, 2015 |
| Pingjin Fan | $95,337.40 | 9% per anuum | March 1, 2015 - November 12, 2017 | July 6, 2016 |

Dated: New York, New York
      August 30, 2023

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge