**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHI MING CHEN et al.,

                Plaintiffs,

      -against-                              17 **CIVIL** 802 (GBD)(GWG)

                                                      <u>**JUDGMENT**</u>

HUNAN MANOR ENTERPRISE, INC. et al.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 30, 2023, and the Court's Memorandum Decision and Order dated August 29, 2023, Plaintiffs Jixiang Wang and Yong Kang Liu's claims are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b). Defendants are jointly and severally liable to Plaintiffs Shi Ming Chen, Lianhe Zhou, Wei Min Zhu, Baojun Tian, Xinlong Liu, Qifang Chen, and Pingjin Fan as follows: (1) Shi Ming Chen, Total (before all applicable interest), $383,667.20, with interest at 9% per annum, from February 2, 2011-September 8, 2016, in the amount of $577,130.07; (2) Lianhe Zhou, Total (before all applicable interest), $33,601.60, with interest at 9% per annum, from June 15, 2014 - June 12, 2016, in the amount of $39,633.32; (3) Wei Min Zhu, Total (before all applicable interest), from March 1, 2015- July 31, 2016, in the amount of $75,013.63; (4) Baojun Tian, Total (before all applicable interest), $6,937.50, with interest at 9% per annum, from May 16, 2015 - August 30, 2015, in the amount of $7,118.83; (5) Xinlong Liu, Total (before all applicable interest), $11,267.00, with interest at 9% per annum, from September 7, 2015-April 19, 2017, in the amount of $12,878.34; (6) Qifang Chen, Total (before all applicable interest), $19,058.10, with interest at 9% per annum, from July 27, 2014 October 30, 2016, in the amount of $22,939.69; and (7) Pingjin Fan, Total (before all applicable

interest), $95,337.40, with interest at 9% per annum, from March 1, 2015 November 12, 2017, in the amount of $118,539.65.

**Dated:**  New York, New York

August 30, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**      K. Mango

_____
**Deputy Clerk**