UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SHI MING CHEN et al.,

                Plaintiffs,

    -against-                                      17 **CIVIL** 802 (GBD)(GWG)

## AMENDED JUDGMENT

HUNAN MANOR ENTERPRISE, INC. et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 30, 2023, and the Court's Memorandum Decision and Orders dated August 29, 2023 and December 4, 2023, Hunan Manor Defendants' Motion is GRANTED IN PART as to its request to amend the damages calculation and DENIED as to its other requests. Taste of Mao Defendants' Motion is DENIED. Plaintiffs' amended damages, including liquidated damages and all applicable interest, are as follows: (1) Shi Ming Chen, Total (before all applicable interest), $369,910.80, with interest at 9% per annum, from February 2, 2011-September 8, 2016, in the amount of $556.437.05; (2) Lianhe Zhou, Total (before all applicable interest), $33,706.44, with interest at 9% per annum, from June 15, 2014 - June 12, 2016, in the amount of $39,756.98; (3) Wei Min Zhu, Total (before all applicable interest), $69,440.42 with interest at 9% per annum from March 1, 2015- July 31, 2016, in the amount of $78,309.75; (4) Baojun Tian, Total (before all applicable interest), $7,514.40, with interest at 9% per annum, from May 16, 2015 - August 30, 2015, in the amount of $7,710.80; (5) Xinlong Liu, Total (before all applicable interest), $11,267.00, with interest at 9% per annum, from September 7, 2015-April 19, 2017, in the amount of $12,878.34; (6) Qifang Chen, Total (before all applicable interest), $19,059.00, with interest at 9% per annum, from July 27, 2014 - October 30,

2016, in the amount of $22,940.77; and (7) Pingjin Fan, Total (before all applicable interest), $100,237.06 with interest at 9% per annum, from March 1, 2015 November 12, 2017, in the amount of $124,631.74.

**Dated:**  New York, New York

       December 05, 2023

    **RUBY J. KRAJICK**

    _____

    **Clerk of Court**

**BY:**  _____

    **Deputy Clerk**