UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SHI MING CHEN ET AL.,

                Plaintiffs,

-against-

HUNAN MANOR ENTERPRISE, INC. ET AL.,

                Defendants.

------------------------------------ x

ORDER

17 Civ. 802 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

Defendants' request for an extension of time to file opposition to Plaintiffs' Motion for Attorneys' Fees and Costs is GRANTED. The deadline for Defendants to file their opposition is January 13, 2024. The Motion for Attorneys' Fees and Costs is referred to Magistrate Judge Gorenstein.

In response to Defendants A Taste of Mao, Inc.'s and Zhenqi Xiao's request for clarification, this Court notes that by its Memorandum Decision and Order dated December 4, 2023 (ECF No. 387), this Court denied Defendants A Taste of Mao, Inc.'s and Zhenqi Xiao's Motion for Reconsideration and Alteration of the Judgment (ECF No. 367) in its entirety.

Dated: New York, New York
       January 2, 2024

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge